NO. 07-00-0511-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



AUGUST 8, 2002



______________________________




GUADALUPE ALANIZ, APPELLANT



V.



WAYNE CROTWELL, APPELLEE




_________________________________



FROM THE 121ST DISTRICT COURT OF TERRY COUNTY;



NO. 14,675; HONORABLE KELLY G. MOORE, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

 Appellant, Guadalupe Alaniz and the appellee, Wayne Crotwell, filed an Agreed
Motion to Dismiss Appeal on July 30, 2002. The Agreed Motion to Dismiss is signed by
both parties' counsel. 

 Without passing on the merits of the case, the parties' Agreed Motion to Dismiss
Appeal is granted and the appeal is dismissed. Tex. R. App. P. 42.2. All costs having
been paid, no order pertaining to the costs is made. Having dismissed the appeal at the
parties' request, no motion for rehearing will be entertained and our mandate will issue
forthwith. 



 Phil Johnson

 Justice










Do not publish.



t be filed within 30
days of the date sentence was imposed. Tex. R. App. P. 26.2(a)(1). The notice filed by
appellant 76 days after sentence was imposed is untimely and thus, we are without
jurisdiction to entertain this purported appeal. (3) 

 Accordingly, the State's motion to dismiss is granted and the purported appeal is
dismissed for want of jurisdiction. 

 Don H. Reavis

 Justice


Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.
2. Tex. R. App. P. 47.4.
3. Appellant may have a remedy by filing a post-conviction writ of habeas corpus
returnable to the Texas Court of Criminal Appeals for consideration of an out-of-time
appeal. Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2003).